CHICAGO—FIRST DISTRICT—MARCH, 1918.    629

Harris Automatic Press Co. v. Cream of Wheat Co., 209 Ill. App. 629.

## Harris Automatic Press Company, Appellee, v. Cream of Wheat Company, Appellant.

### Gen. No. 22,900.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOSEPH SABATH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Reversed and remanded. Opinion filed March 12, 1918.

### Statement of the Case.

Action by the Harris Automatic Press Company, a corporation, plaintiff, against Cream of Wheat Company, a corporation, defendant, to recover for the use of a printing press under the terms of a written contract. From a judgment for plaintiff, defendant appeals.

BROWN & GUESMER, of Minneapolis, Minn., and ADAMS, FOLLANSBEE, HAWLEY & SHOREY, of Chicago, Ill., for appellant.

THOMPSON, TYRRELL & CHAMBERS, for appellee.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

SALES, § 284*—*what is remedy of seller upon retention of goods by buyer after termination of contract.* Where a contract for the purchase of a printing press was terminated by the buyer in accordance with the terms of the contract but the press was used by him thereafter, his liability for such use, if any, would be upon a *quantum meruit* and not on the contract, which provided for the terms of its use only while the contract was in force.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.